# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

H2OCEAN, INC.,

    VS                                              CASE NO. 3:05cv387/RV/EMT

LEONARD SCHMITT, ET AL

**REFERRAL AND ORDER**

Referred to Judge Vinson on 12/22/2006

Type of Motion/Pleading AMENDED MOTION FOR LEAVE OF COURT TO FILE THIRD AMENDED COMPLAINT TO PLEAD CLAIMS AGAINST DEFENDANT LETHA SCHMITT WITH INCORPORATED MEMORANDUM OF LAW AND THIRD AMENDED COMPLAINT

Filed by: PLAINTIFF    on 12/5/06    Doc. No. 81 & 82

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

DEFENDANTS    on 12/21/2006    Doc. No. 93

                                        on _____ Doc. No. _____

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        /s/ Teresa Cole
                                        Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 22nd day of December, 2006, that:

(a) The requested relief is DENIED.

(b) _____

                                        /s/ *Roger Vinson*
                                        ROGER VINSON
                                        SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.