# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

H2OCLEAN, INC., a Florida corporation,

          Plaintiff,

v.                                         Case No. 3:05cv387/RV/EMT

LEONARD SCHMITT, an individual;
APRIL'S AFTER-CARE, INC., a Florida
corporation; and APRIL'S ATTIC, a Florida
company,

          Defendants.
_____/

## ORDER

    By prior order, dated December 22, 2006, I denied Plaintiff's motion for leave to file a third amended complaint in the above-styled case. Now pending before the court is Plaintiff's motion to reconsider (doc. 100).

    Upon reconsideration, I conclude that the motion is GRANTED and the Plaintiff is granted leave to file the third amended complaint. This pleading (which was filed previously (doc. 82)) will be deemed filed as of this date. See N.D. Fla. Loc. R. 15.1. Discovery in this matter will be extended sixty (60) days from the date of this order.

    DONE AND ORDERED this 5th day of February, 2007.

                                         */s/  Roger Vinson*
                                         **ROGER VINSON**
                                         **Senior United States District Judge**