UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
CASE NO.: 05 CV 387-RV

H2OCEAN, INC., a Florida corporation,

    Plaintiff,

v.

LEONARD SCHMITT, an individual; LETHA SCHMITT, an individual; APRIL'S AFTER-CARE, INC., a Florida corporation; and APRIL'S ATTIC, an unknown business association,

    Defendants.
_____/

**FINAL ORDER OF PERMANENT INJUNCTION AGAINST PATENT INFRINGEMENT**

PLAINTIFF H2Ocean, Inc. has filed a Complaint for Permanent Injunction against Defendants Leonard Schmitt, Letha Schmitt, April's Attic and April's Aftercare, Inc. against Patent Infringement of H2Ocean, Inc.'s Letters Patent Numbers 6,737,083 and 6,932,966, among other causes of action. This Court makes the following findings:

A.    The Court has jurisdiction over this action pursuant to 28 U.S.C. 1338.

B.    The Parties have been properly brought before this Court upon H2Ocean, Inc.'s claims of Patent Infringement as to the Defendants' manufacture, advertisement, marketing and sale of their "Perfect Piercing" product.

C.    Duly issued Letters Patent have been issued from the United States Patent and Trademark Office for Letters Patent Numbers 6,737,083 and 6,932,966, including all patent claims set forth therein.

*H2Ocean v. Schmitt, et al.*
*Case No.: 05 CV 387-RV*
*Page 2*

D.      The Parties have resolved all of their claims and causes of action pursuant to this Order and settlement agreement entered between them.

E.      Pursuant to the Parties' settlement of all claims, it is hereby **ORDERED AND ADJUDGED THAT**:

i)      Defendants' "Perfect Piercing" product infringes upon the Letters Patent duly and properly issued from the United States Patent and Trademark Office, Letters Patent Numbers 6,737,083 and 6,932,966. **IT IS FURTHER ORDERED AND ADJUDGED THAT:**

ii)     Defendants Leonard Schmitt, Letha Schmitt, April's Attic, April's Aftercare, Inc., and their successors and assigns, and all persons, partnerships, joint ventures, corporations, trusts, and limited liability companies acting in concert with either or all of them who receive actual notice of this Order by personal service or otherwise, are forever prohibited and permanently restrained and enjoined from creating, advertising, marketing, selling, or assisting others in creating, advertising, marketing, selling, any good or product that infringes upon Letters Patent Numbers 6,737,083 and 6,932,966, and all claims set forth therein, including, but not limited to, their "Perfect Piercing" product.

iii)    H2Ocean, Inc. voluntarily dismisses this action, with prejudice.

F.      This Court shall retain jurisdiction over this action for the purpose of implementing and enforcing this Permanent Injunction and enforcing the settlement agreement. This case is otherwise closed.

H2Ocean v. Schmitt, et al.
Case No.: 05 CV 387-RV
Page 3

_/s/_
Kevin H. Fabrikant, Esq.
Law Offices of Kevin H. Fabrikant &
Assoc., P.L.
Attorneys for Plaintiff H2Ocean, Inc.
Regions Bank Building
450 North Park Road
Suite 300
Hollywood, FL 33021
Tel (954) 966-0881
Fax (954) 966-0886

_/s/_
John Kvartek, Esq.
Clark, Partington, Hart, Larry, Bond, &
Stackhouse, P.A.
Attorney for Defendants
25 West Romana Street
Suite 800
Pensacola, FL 32502
Tel (850) 434-9200
Fax (850) 432-7340

It is so **ORDERED**.

Dated: 3/14/08

_/s/_
United States District Court Judge